**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DARRELL STANDBERRY,

      Petitioner,

vs.                                                            Case No. 3:07cv11/MCR/EMT

JAMES R. McDONOUGH,

      Respondent.

_____/

**O R D E R**

      This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 17, 2007.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

      Having considered the report and recommendation, and any timely filed objections, I have determined that the report and recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.     Respondent's motion to dismiss (Doc. 16) is **GRANTED**.

      3.     The amended petition for writ of habeas corpus (Doc. 6) is **DISMISSED** with prejudice as untimely.

      **DONE AND ORDERED** this 12th day of October, 2007.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**