**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

DARRELL STANDBERRY,

    Petitioner,

vs.                                             Case No: 3:07cv11/MCR/EMT

JAMES R. McDONOUGH,

    Respondent.
_____/

## O R D E R

This cause is before the court on Petitioner's motion for certificate of appealability (Doc. 22).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253 (c)(2).

After review of the file, the court concludes that because Petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's order dated October 12, 2000 (Doc. 23) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on September 17, 2007 (Doc. 20), a certificate of appealability will be denied.

Accordingly, it is **ORDERED**:

Petitioner's motion for certificate of appealability (Doc. 23) is **DENIED** and no certificate shall issue.

**DONE AND ORDERED** this 18th day of October 2007.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**